# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
)
Kellogg Brown & Root Services, Inc. ) ASBCA No. 58578
)
Under Contract No. DAAA09-02-D-0007 )

APPEARANCES FOR THE APPELLANT: Michael R. Charness, Esq.
Craig D. Margolis, Esq.
Christine N. Roushdy, Esq.
Vinson & Elkins LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Kyle E. Chadwick, Esq.
Trial Attorney

## ORDER OF DISMISSAL

Appellant having filed a request that this appeal be dismissed with prejudice, representing that the parties have reached a settlement, and respondent having agreed to a dismissal, this appeal is hereby dismissed with prejudice.

Dated: 18 July 2014

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58578, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals